IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| BRAD LEE MONTGOMERY, | ) | No. CV-10-0687-TUC-CKJ (JCG) |
| Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CHARLES RYAN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

On April 14, 2011, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation [Doc. 11] in which she recommended denial of Petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody [Doc. 1]. *Id.* No objections have been filed within the time provided by 28 U.S.C. § 636(b)(1).

Accordingly, after an independent review, IT IS HEREBY ORDERED that:

1. The Report and Recommendation [Doc. 11] is ADOPTED;

2. Petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody [Doc. 1] is DENIED;

3. The Clerk of the Court shall enter judgment in this matter, and close its file.

DATED this 2nd day of June, 2011.

Cindy K. Jorgenson
United States District Judge